United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aaron Bembry et al, | NO. C 09-04206 JW |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GMAC Mortgage, LLC, Inc. Et al, | |
| Defendant(s). | |

The parties were scheduled for a case management conference on January 25, 2010 at 10:00 AM. Accordingly, the Court VACATES the January 25 Case Management Conference. The Court will set a new conference date in its Order addressing the anticipated Motion to Dismiss the Amended Complaint, if necessary

Dated: January 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan Seigel jseigel@scheerlawgroup.com
Megan Elizabeth Gruber megruber@wolfewyman.com
Reilly Dennis Wilkinson rwilkinson@scheerlawgroup.com
Spencer Paul Scheer sscheer@scheerlawgroup.com
Thomas Dana Hicks tomhicks@birka-white.com
Wendell Jamon Jones wjjones@modificationlawyer.net


Dated: January 15, 2010                                   Richard W. Wieking, Clerk


                                                          By:      /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy