SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
Of counsel, MICHAEL D. IMFELD #76851
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
R.600-029S

Attorneys for
Defendant RESIDENTIAL MORTGAGE CAPITAL

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BEMBRY, an individual and DEANNA BEMBRY, an individual, <br><br> Plaintiffs, <br> vs. <br> GMAC MORTGAGE, LLC, Inc., a Delaware Corporation, and RESIDENTIAL MORTGAGE CAPITAL, a California Corporation, and DOES 1-50, inclusive <br><br> Defendants. | Case No. CV09-04206 JW <br><br> [Santa Clara County Superior Court, Case No. 109-CV-148752] <br><br> STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROCESS UNTIL AFTER THE RULING ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants Residential Mortgage Capital ("RMC") and GMAC Mortgage, LLC, Inc. ("GMACM") and Plaintiffs Aaron Bembry and Deanna Bembry, by and through their respective counsel, hereby stipulate as follows:

1. RMC and GMACM both have motions to dismiss pending which will be heard on May 3, 2010.

///

2. Pursuant to prior stipulation and Court order, the parties are required to complete the Early Neutral Evaluation process by May 19, 2010.

3. Walter Robinson, Esq. was appointed Early Neutral Evaluator and held a conference call on March 18, 2010 with counsel for all parties participating. On this call, the parties agreed that it would promote efficiency to postpone Early Neutral Evaluation to within 90 days of issuance of the Court's order on the last of the motions to dismiss the First Amended Complaint.

4. Mr. Robinson concurred that such postponement of the Early Neutral Evaluation session until after the Court's ruling might facilitate the process.

5. The parties have therefore stipulated that the deadline to complete Early Neutral Evaluation shall be extended until 90 days after the Court's order on RMC and GMACM's motions to dismiss the amended complaint.

IT IS SO STIPULATED.

Dated: March 24, 2010                    SCHEER LAW GROUP, LLP


                                By:   /s/ JONATHAN SEIGEL
                                      Attorneys for Defendant Residential Mortgage
                                      Capital

Dated:                                   WOLFE & WYMAN LLP



                                By: /s/MEGAN E. GRUBER
                                STUART B. WOLFE
                                MEGAN E. GRUBER
                                **Attorneys for Defendant
                                GMAC MORTGAGE LLC**

///

-2-
**STIPULATION AND PROPOSED ORDER EXTENDING THE EARLY NEUTRAL EVALUATION
PROCESS UNTIL AFTER THE RULING ON MOTIONS TO DISMISS AMENDED COMPLAINT**

Dated:                           /s/WENDELL J. JONES
                                 Attorney for Aaron and Deanna Bembry

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 10, 2010

                                 *James Ware* (signature)
                                 Honorable James Ware
                                 United States District Court Judge