JOHNS B. SULLIVAN (State Bar No. 96742
EDWARD R. BUELL, III (State Bar No. 240494)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AARON BEMBRY and DEANNA BEMBRY | Case No.: 5:09-CV-04206-JW |
|---|---|
| Plaintiffs | Assigned to: Honorable James Ware<br>US District Judge |
| vs. | |
| GMAC MORTGAGE, LLC , et al, | (PROPOSED) ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendants. | |

ORDER

The foregoing Substitution of Attorney of JOHN R. SULLIVAN and EDWARD R. BUELL, III, Severson & Werson PC for defendant GMAC MORTGAGE, LLC, in place of MEGAN ELIZABETH GRUBER, WOLFE & WYMAN LLP is hereby authorized by this Court.

IT IS SO ORDERED.

DATED: June  17 2010

By: _____
Hon. James Ware, US District Judge

PROPOSED ORDER
CASE NO. 5:09-cv-04206-JW