IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aaron Bembry, et al., | NO. C 09-04206 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GMAC Mortgage, LLC, Inc., et al., | |
| Defendants. | |

Pursuant to the Court's June 29, 2010 Order Granting Defendants' Motions to Dismiss with Prejudice, judgment is entered in favor of Defendants GMAC Mortgage, LLC, Inc. and Residential Mortgage Capital, against Plaintiffs Aaron Bembry and Deanna Bembry.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: June 29, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan Seigel jseigel@scheerlawgroup.com
Megan Elizabeth Gruber megruber@wolfewyman.com
Reilly Dennis Wilkinson rwilkinson@scheerlawgroup.com
Spencer Paul Scheer sscheer@scheerlawgroup.com
Thomas Dana Hicks tomhicks@birka-white.com
Wendell Jamon Jones wjjones@hightechlawyer.net

**Dated: June 29, 2010**                                    **Richard W. Wieking, Clerk**

**By:**   **/s/ JW Chambers**
            **Elizabeth Garcia**
            **Courtroom Deputy**